THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:10-cr-00006-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KEVIN THOMAS WILLS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 68].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 68] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 62] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the hearing scheduled in this matter on August 12, 2014 is hereby **CANCELLED**.

**IT IS SO ORDERED**.

Signed: August 1, 2014

Martin Reidinger
United States District Judge